IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HARRY J. BROWN, | ) | 8:12CV411 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before me on Plaintiff's unopposed Motion to Extend. (Filing 10.) In his Motion, Plaintiff asks me to extend the briefing schedule because Plaintiff's counsel has a "small backlog" of briefs. (*Id*.) I will grant the motion and the briefing schedule will be extended as set forth below. Accordingly,

IT IS ORDERED that:

1. Plaintiff's Motion to Extend (filing 10) is granted.

2. Plaintiff's Brief, filed on March 22, 2013, is deemed timely filed.

3. Defendant shall file a brief by May 16, 2013;

4. Plaintiff may file a reply brief by May 24, 2013; and

5. This case shall be ripe for decision on May 27, 2013.

DATED this 16th day of April, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge